## DAVID DUBINSKY *v.* CITICORP MORTGAGE, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 52 (AC 16790), is denied.

*Kerry M. Wisser* and *Nathan A. Schatz,* in support of the petition.

*Matthew D. Gordon,* in opposition.

Decided April 15, 1998

## LINDA A. MASI *v.* FRANCIS E. MASI

The defendant's petition for certification for appeal from the Appellate Court (AC 16260) is denied.

*Robert S. Kolesnik,* in support of the petition.

*Karen L. Murdoch,* in opposition.

Decided April 15, 1998

## STATE OF CONNECTICUT *v.* ALEX KELLY

The defendant's petition for certification for appeal from the Appellate Court (AC 17823) is denied.